Argued August 22, affirmed August 22, 1972

STATE OF OREGON, *Respondent, v.* LARRY
ALLEN HARNDEN (No. 37462), *Appellant.*

500 P2d 277

*Gary D. Babcock,* Public Defender, Salem, argued
the cause for appellant. With him on the brief was
Ken C. Hadley, Deputy Public Defender, Salem.

*Doyle L. Schiffman,* District Attorney, Roseburg,
argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.